[No. 53418-1-I.   Division One.   November 8, 2004.]

GERALD A. SHELLENBARGER, ET AL., *Appellants*, v. LONGVIEW
FIBRE COMPANY, *Respondent*.

Appeal from a judgment of the Superior Court for King
County, No. 03-2-16760-6, William L. Downing, J., entered
October 24, 2003. *Affirmed* by unpublished opinion
per Baker, J., concurred in by Ellington, A.C.J., and
Coleman, J. Now published at 125 Wn. App. 41.

[No. 53427-1-I.   Division One.   November 8, 2004.]

THE STATE OF WASHINGTON, *Respondent*, v. ROBERT DALE
MORRIS, *Appellant*.

Appeal from a judgment of the Superior Court for Sno-
homish County, No. 03-8-00887-7, Kenneth L. Cowsert, J.,
entered October 30, 2003. *Affirmed* by unpublished per
curiam opinion.

[No. 53494-7-I.   Division One.   November 8, 2004.]

EUGEN I. BARBU, *Appellant*, v. RITE AID CORPORATION, ET AL.,
*Respondents*.

Appeal from a judgment of the Superior Court for King
County, No. 02-2-05820-5, Nicole MacInnes, J., entered
November 24, 2003. *Affirmed* by unpublished per curiam
opinion.

[No. 53649-4-I.   Division One.   November 8, 2004.]

THE STATE OF WASHINGTON, *Respondent*, v. RAY WALKER,
*Appellant*.

Appeal from judgments of the Superior Court for King
County, No. 00-1-09271-3, Philip G. Hubbard, Jr., J., en-
tered November 9, 2001, and December 23, 2003. *Affirmed*
by unpublished per curiam opinion.